1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A Professional Law Corporation
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff GAREN WIMER

6

                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

   GAREN WIMER,                          )   **CASE NO. 1:07-CV-01333-LJO-DLB**
9                                        )
         Plaintiff,                      )
                                         )   **STIPULATION AND  ORDER**
10                                       )   **DISMISSING THE STATE OF**
   v.                                    )   **CALIFORNIA DEPARTMENT OF**
11                                       )   **TRANSPORTATION WITHOUT**
   UNITED STATES OF AMERICA;             )   **PREJUDICE**
12 DANIEL D. EISZELLE, an individual; and)
   STATE OF CALIFORNIA DEPARTMENT        )
13 OF TRANSPORTATION                     )
                                         )
14       Defendants.                     )
                                         )
15                                       )
                                         )
16 _____)

17       Plaintiff Garen Wimer, by and through his attorney of record, and the State of California

18 Department of Transportation, by and through its attorney, hereby stipulate to and respectfully

19 request that the State of California Department of Transportation be dismissed from this action

20 without prejudice, each side to bear its own fees and costs.

21       It is further stipulated by and between the parties that the statute of limitations on the

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION AND [PROPOSED] ORDER DISMISSING THE STATE OF
CALIFORNIA DEPARTMENT OF TRANSPORTATION WITHOUT PREJUDICE                                    1

plaintiff's claims against the State of California Department of Transportation shall be tolled for a period of sixty (60) days from the date of dismissal of said claims by this Court.

Respectfully submitted,

Dated: January 7, 2008         THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*


                               By:    /s/ Thomas E. Frankovich
                                      Thomas E. Frankovich
                                      Attorneys for Plaintiff GAREN WIMER

Dated: January 2, 2008         DEPARTMENT OF TRANSPORTATION


                               By:    /s/ Peter K. Winslow
                                      Peter K. Winslow
                                      Attorneys for Defendant STATE OF CALIFORNIA
                                      DEPARTMENT OF TRANSPORTATION

## **ORDER**

Defendant State of California Department of Transportation is hereby dismissed without prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED.

**Dated:   January 8, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE