1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   A Professional Law Corporation
    2806 Van Ness Avenue
3   San Francisco, CA 94109
    Telephone:　415/674-8600
4   Facsimile:　415/674-9900

5   Attorneys for Plaintiff GAREN WIMER

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAREN WIMER, | ) | **CASE NO. 1:07-CV-01333-LJO-DLB** |
| Plaintiff, | ) | **STIPULATION AND  ORDER REASSIGNING CASE TO SACRAMENTO DIVISION** |
| v. | ) | |
| UNITED STATES OF AMERICA; | ) | |
| DANIEL D. EISZELLE, an individual; and | ) | |
| STATE OF CALIFORNIA DEPARTMENT | ) | |
| OF TRANSPORTATION | ) | |
| Defendants. | ) | |

17       Plaintiff Garen Wimer, by and through his attorney of record, and the United States of

18 America, by and through its attorney, hereby stipulate to and respectfully request that this matter

19 be reassigned to a judicial officer in the Sacramento Division of this Court.

20       Plaintiff's action involves a vehicular accident which occurred near the City of Red Bluff

21 in Tehama County.  It is believed that those individuals involved in the subject incident all reside

22 and/or work in and around Tehama County.  Accordingly, it may prove a hardship for these

23 individuals to travel to and from Fresno, a distance of approximately 300 hundred miles for

24 ///

25 ///

26 ///

27 ///

28 ///

purposes of this litigation.  Accordingly, for the convenience of the parties, counsel is requesting that this matter be transferred to a Judge in the Sacramento Division for all further proceedings.

Respectfully submitted,

Dated: January 7, 2008                    THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*


                                          By:  _____/s/ Thomas E. Frankovich_____
                                               Thomas E. Frankovich
                                               Attorneys for Plaintiff GAREN WIMER

Dated: December 4 , 2007                   UNITED STATES ATTORNEY


                                          By:  _____/s/ Jeffrey L. Lodge_____
                                               Jeffrey J. Lodge
                                               Attorneys for the UNITED STATES OF AMERICA

### ORDER

For good cause appearing,  this matter is properly to be transferred and reassigned to Judicial Officers within the Sacramento Division for all further purposes.


IT IS SO ORDERED.

**Dated:   January 8, 2008**            **_____/s/ Lawrence J. O'Neill_____**
                                          UNITED STATES DISTRICT JUDGE